Case 1:19-cv-03419-SCJ   Document 3   Filed 07/30/19   Page 1 of 5

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 29 2019

JAMES N. HATTEN, Clerk
By:  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

Atlanta DIVISION

First Key Homes

Respondent,                                    **1:19-CV-3419**

VS

Jamillah Williamson and others

Petitioner

**PETITION NOTICE FOR REMOVAL OF ACTION**

**COMPLAINT PRELIMINARY AND PERMANENT INJUNCTION,**

**TEMPORARY RESTRAINING ORDER**

1.

The petitioner respectfully petitions this court for removal of action.

COMES NOW Jamillah Williamson to Hereby request a "Preliminary and

Permanent Injunction, Temporary Restraining Order, Petition Of Removal.

Petitioner as above stated and petitions this court for removal of action from

the Fulton County *Magistrate* Court . This petition is set forth on the

following grounds;

The Respondent did violate 15 USC 1692, Rule 60 of the federal Rule

of Civil Procedure: and having a legal duty to abort eviction pursuant to O.C.G.A 51-1-16.

Civil Practice and Procedure Chapter 83.51

The *Fulton* County Magistrate *Courts' Dispossessory action is in violation of 14th Amendment of the U.S. Constit*ution with respect to Due Process of law.

The Fulton County Magistrate Courts' Dispossessory is Unconstitutional with respect to "Due Process Clauses" 14th Amendment.

## JURISDICTION

### 2.

Jurisdiction and venue of this court over this matter is invoked pursuant to the 28 U.S.C. § 1331, 1332, 1343 and 1357.

## COUNT I

## ILLEGAL DISPOSSESSORY

Defendant Jamillah Williamson avers that the Respondent First Key Homes did file an illegal dispossessory and did not have any legal standing to file a **WRIT OF POSSESSION.**

**Jamillah Williamson and First Key Homes had an oral repayment agrement which she never defaulted on.**

## PARTIES

### 3.

Petitioner Jamillah Williamson is the tenant at the property.

Respondent First Key Homes is the said owner that is over the property.

## COUNT II

## NATURE OF ACTION

### 4.

This is an action to prevent First Key Homes from conducting and enforcing an illegal **WRIT OF POSSESSION** and illegal **EVICTION** with respect to the property located in Fulton County against Petitioner Jamillah Williamson and to set aside the illegal Eviction.

Also the Respondent attorney misled petitioner through deceit, misinformation and duress caused her to believe that, absent a signed copy of consent agreement she would be evicted that day.

The consent order was structured in such a way as to ensure default thusly violating her civil rights.

**WHEREFORE the Petitioner Jamillah Williamson demands the following relief :**

1. This honorable Court remove this case from the Fulton County Magistrate Court.

2. This honorable Court afford adequate *discovery*.

3. This honorable Court provide relief such as this Court deems just and proper.

4. This honorable Court enjoin the consent agreement and all that it entails.

5. Enjoin and issue **INSTANTER** , an **EMERGENCY TEMPORARY RESTRAINING ORDER**, and Injunction against the Plaintiff, Dispossessory Proceedings Consent Agreement, and Writ Of Possession issued in the Fulton County Magistrate Court

## VERIFICATION

### (Affidavit)

The undersigned Affiant Jamillah Williamson by appellation does here with

swear, declare and affirm that the Affiant executes this Affidavit with

sincere intent and competently states the matters set forth. I the undersigned

being under oath and declare under penalty of perjury, that I **do not** have an

Attorney to represent me in this case. Also that the contents are true, correct

and not misleading to the best of **my** knowledge.

Jamillah Williamson

Pro Se Petitioner

*[signature]*

# MAGISTRATE COURT OF FULTON COUNTY, STATE OF GEORGIA
PROCEEDING AGAINST TENANT HOLDING OVER

**Dispossessory Division**
185 Central Avenue, SW TG100
Atlanta, Georgia 30303
(404) 613-5300
www.magistratefulton.org

Firstkey Homes LLC
PO Box 651077
Atlanta, GA 31146
PLAINTIFF'S NAME/ADDRESS/PHONE/EMAIL

v.

Kamiyan Williamson and all others
2213 Bunche Rd SW
Atlanta, GA 30331
DEFENDANT'S NAME & ADDRESS

CASE #

Elizabeth Cruikshank #215235

beth@cruikshankerain.com
PLAINTIFF'S ATTORNEY NAME/ADDRESS/PHONE/EMAIL

Fulton County Magistrate Court
***E-FILED***
Date: 6/27/2019 3:06 PM
Catherine Robinson, Clerk
19EO120013

1. Defendant is in possession as tenant of premises at the address in Fulton County as stated above.
2. Affiant is the ☐ Owner  ☐ Attorney  ☒ Agent  ☐ Tenant of the owner of said premises.
3. Defendant ☒ fails to pay the rent which is now past due.
   ☐ holds the premises over and beyond the term for which they rented to him.
   ☐ no longer has permission to remain in the premises.
   ☐ other grounds: _____
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

WHEREFORE, Plaintiff DEMANDS:
(a) Possession of the premises;
(b) Past due rent of $ 2650.00  for the month(s) of Jun, May
(c) Rent accruing up to the date of judgement of vacancy at the rate of $ 1300.00  per Month
(d) Other: See attached

By affixing my electronic verification, oath, or affirmation to the affidavit submitted to the court and attaching my electronic signature hereto, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.

/s/ Kellee Wheat                    6/27/2019
PLAINTIFF(S) or AFFIANT             DATE            PHONE NUMBER / EMAIL ADDRESS

## SUMMONS

TO: THE MARSHAL of the Magistrate Court of Fulton County or his lawful deputies:

The Answer must be either an online (www.AnswerDispo.com), oral or written Answer at Room TG100, 185 Central Avenue, SW, Atlanta, Georgia, 30303 between 8:30AM and 5:00PM within seven (7) days from the date of the actual service unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made on the next day which is not a Saturday, a Sunday, or a Court holiday. If the Answer is oral, the substance thereof shall be endorsed on the dispossessory affidavit. The Answer may contain any legal or equitable defense or counterclaim. If no valid legal or factual Answer is filed, a writ of possession may be issued pursuant to O.C.G.A. § 44-7-53. If no Answer is made, a writ of possession shall issue instanter. WITNESS the Honorable Chief Judge of said Court. The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. § 44-7-50 and summons issues pursuant thereto.      6/27/2019 3:06 PM

This _____ day of _____                                   _____
                                                                          DEPUTY CLERK

### PRIVATE PROCESS SERVER AFFIDAVIT OF SERVICE

I have served the foregoing Affidavit and Summons on the Defendant(s) by delivering a copy of same:
☐ PERSONALLY  ☐ TO DEFENDANT BEST KNOWN AT WITHIN ADDRESS ON SAID SUMMONS AND AFFIDAVIT
   NAME _____  AGE ___ WT ___ HT ___
☐ NOT PERSONALLY (TACK)
By tack & mail, having a copy to the door of the premises and depositing a copy in the U.S. Mail First Class in an envelope properly addressed containing notice to the Defendant(s) to answer at the hour and place in said summons.

JUN 28 2019                                                 DEFENDANT TO ANSWER ON OR BEFORE: JUL 05 2019
_____
PRIVATE PROCESS SERVER                                      NOTARY

ANSWER